## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Parnell, Deborah

Printed: 12/23/08

Case Number:  08 B 03750
Judge:  Goldgar, A. Benjamin
Filed:  2/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  October 14, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 750.00 |  |
| Secured: |  | 350.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 350.86 |
| Trustee Fee: |  | 49.14 |
| Other Funds: |  | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,496.50 | 350.86 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Allied Solutions | Secured | 8,636.52 | 350.00 |
| 6. | Chestnut Hill Homeowners | Secured | 7,684.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 1,729.65 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 7.49 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 702.04 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 52.65 | 0.00 |
| 11. | FDS National Bank - Bloomingdales | Unsecured | 56.59 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 1,151.77 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 130.30 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 16.51 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 68.00 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 87.06 | 0.00 |
| 17. | Portfolio Recovery Associates | Unsecured | 1,651.46 | 0.00 |
| 18. | World Financial Network Nat'l | Unsecured | 34.29 | 0.00 |
| 19. | Educational Credit Management Corp | Unsecured | 2,001.50 | 0.00 |
| 20. | PRA Receivables Management | Unsecured | 1,187.85 | 0.00 |
| 21. | TCF Bank | Unsecured | 139.65 | 0.00 |
| 22. | Citibank | Unsecured |  | No Claim Filed |
| 23. | ER Solutions | Unsecured |  | No Claim Filed |
| 24. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 25. | West Asset Management | Unsecured |  | No Claim Filed |
| | | | $ 28,833.83 | $ 700.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Parnell, Deborah

Printed: 12/23/08

Case Number:  08 B 03750
Judge:  Goldgar, A. Benjamin
Filed:  2/19/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 24.35 |
| 6.6% | 24.79 |
| | $ 49.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

